IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAIN BIRD CORPORATION, a
California corporation
    Plaintiff,

vs.                                         Case No. 3:08cv509/RV/EMT

PATRICK TAYLOR, Individual
doing business as AAA RAINBIRD
CONNECTION,
    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 10, 2009 (Doc. 41). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Rain Bird's motion for summary judgment (Doc. 31) is **GRANTED**.

3. RainBird is awarded $40,413.00, pursuant to 15 U.S.C. § 1117(a).

4. Rain Bird is awarded its costs and attorney's fees incurred in this action in the total amount of $1,087.00.

5. The following permanent injunction is entered:

> Patrick Taylor, his agents, servants, employees, and attorneys, and all those acting in concert or participation with any of the foregoing, are hereby permanently restrained and enjoined, effective immediately, from using the term "Rain Bird" or

variations thereof, including "AAA Rainbird Connection," in connection with goods and services covered by Rain bird's Registered Trademarks, including U.S. Principal Registration Nos. 567442, 771728, 771809, 908921, 962015, 982529, 999325, 984827, and 1638034.

Judgment shall be entered accordingly.

**DONE AND ORDERED** this 14th day of October, 2009.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**